No. 04–6549. RIVERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6551. SPEARS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6555. SPOTTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6560. MITCHELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6563. KELLUM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6575. GOMES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–6576. HAYNES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6580. GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6581. HERRERA-MATOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.